[No. 51586-1-I.   Division One.   September 15, 2003.]

THE CITY OF REDMOND, *Respondent*, v. ALLISON FARNSWORTH, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-2-15682-9, James D. Cayce, J., entered November 20, 2002. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Baker and Agid, JJ.

[No. 21479-6-III.   Division Three.   September 16, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. EMMITT JON SEVIER, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 01-1-02836-8, Michael E. Donohue, J., entered October 11, 2002. *Affirmed* by unpublished opinion per Kurtz, J., concurred in by Sweeney and Schultheis, JJ.

[No. 27768-9-II.   Division Two.   September 16, 2003.]

HERBERT TOLLEFSON, ET AL., *Appellants*, v. THE STATE OF WASHINGTON, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 93-2-04253-7, James R. Orlando, J., entered August 21, 2001. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Quinn-Brintnall, A.C.J., and Morgan, J.